McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0014-GEB |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO UNSEAL INDICTMENT FOR LIMITED PURPOSE |
| MARIE ANTIONETTE ALCANTER, and ROSE MARIE SEGALE, | **(UNDER SEAL)** |
| Defendants. | |

The Court hereby orders that the Indictment be unsealed for the limited purpose of providing a copy to defense counsel for Marie Alcanter. The Indictment, this Petition, and the Order to Seal shall otherwise remain sealed until Rose Segale is arrested or until further order of this Court.

Dated: 1-24-2019

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE