UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 24, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:19-cr-00014-GEB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| MARIE ANTOINETTE ALCANTER, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, MARIE ANTOINETTE ALCANTER, Case No. 2:19-cr-00014-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $25,000.00.

    _X_ Co-Signed Unsecured Appearance Bond

    ____ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) The Defendant is ordered to be released on 1/25/2019 at 9:00 a.m. to the assigned Pretrial Services Officer for transport to the Well Space impatient drug treatment center.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  1/24/2019  at  2:35 p.m.

By /s/ [signature]
Edmund F. Brennan
United States Magistrate Judge