| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MIRIAM R. HINMAN<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIE ANTOINETTE ALCANTER, and<br>ROSE MARIE SEGALE<br><br>Defendants. | CASE NO. 2:19-CR-0014 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 22, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on March 22, 2019.

2. By this stipulation, defendants now move to continue the status conference until April 12, 2019, and to exclude time between March 22, 2019, and April 12, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 3000 pages of documents, including investigative reports, bank records, photographs, and other types of records. This discovery has been made available for inspection.

b) The parties are in the process of negotiating a protective order so that the government can produce copies of the discovery to defense counsel. The discovery contains a substantial quantity of personal identifying information.

c) Counsel for defendants desire additional time to negotiate the protective order,

begin reviewing discovery, and discuss the case with their clients.

      d)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 22, 2019 to April 12, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 20, 2019                                McGREGOR W. SCOTT
                                                                  United States Attorney

                                                                  /s/ MIRIAM R. HINMAN
                                                                  MIRIAM R. HINMAN
                                                                  Assistant United States Attorney

Dated: March 20, 2019                                /s/ HANNAH LABAREE
                                                                  HANNAH LABAREE
                                                                 Counsel for Defendant
                                                                 MARIE ANTOINETTE ALCANTER

Dated: March 20, 2019                          /s/ KYLE KNAPP
                                               KYLE KNAPP
                                               Counsel for Defendant
                                               ROSE MARIE SEGALE

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: March 21, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge