McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIE ANTOINETTE ALCANTER, and ROSE MARIE SEGALE<br><br>Defendants. | CASE NO. 2:19-CR-0014 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: April 12, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on April 12, 2019.

2. By this stipulation, defendants now move to continue the status conference until May 17, 2019, and to exclude time between April 12, 2019, and May 17, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On April 3, 2019, the government produced discovery associated with this case that consists of over 3000 pages of documents, including investigative reports, bank records, photographs, and other types of records.

    b) Counsel for defendants require time to review the recently produced discovery and discuss the case with their clients.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

   d)  The government does not object to the continuance.

   e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 12, 2019 to May 17, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 8, 2019         McGREGOR W. SCOTT
                 United States Attorney

                 /s/ MIRIAM R. HINMAN
                 MIRIAM R. HINMAN
                 Assistant United States Attorney

Dated: April 8, 2019          /s/ HANNAH LABAREE
                 HANNAH LABAREE
                 Counsel for Defendant
                 MARIE ANTOINETTE ALCANTER

Dated: April 8, 2019          /s/ KYLE KNAPP
                 KYLE KNAPP
                 Counsel for Defendant
                 ROSE MARIE SEGALE

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: April 9, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge