McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIE ANTOINETTE ALCANTER, and ROSE MARIE SEGALE<br><br>Defendants. | CASE NO. 2:19-CR-0014 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 6, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on September 6, 2019.

2. By this stipulation, defendants now move to continue the status conference until October 11, 2019, and to exclude time between September 6, 2019, and October 11, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) On April 3, 2019, the government produced discovery associated with this case that consisted of over 3000 pages of documents, including investigative reports, bank records, photographs, and other types of records.

   b) On April 17, 2019, the government produced over 5000 pages of additional discovery, including Cellebrite reports.

   c) Counsel for defendants require additional time to meet with their clients to discuss the case and go over discovery. Counsel needs more time to be able to go over all of the

materials with their clients that they believe the clients should consider. Counsel for defendant Rose Segale needs to travel to San Jose every time he meets with his client.

  d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 6, 2019 to October 11, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

Dated: September 5, 2019    McGREGOR W. SCOTT
                United States Attorney

                /s/ MIRIAM R. HINMAN
                MIRIAM R. HINMAN
                Assistant United States Attorney

Dated: September 5, 2019    /s/ HANNAH LABAREE
                HANNAH LABAREE
                Counsel for Defendant
                MARIE ANTOINETTE ALCANTER

Dated:  September 5, 2019                   /s/ KYLE KNAPP
                                            KYLE KNAPP
                                            Counsel for Defendant
                                            ROSE MARIE SEGALE

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  September 5, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge