McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0014 GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| MARIE ANTOINETTE ALCANTER, and ROSE MARIE SEGALE | DATE: October 11, 2019 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on October 11, 2019.

2.      By this stipulation, defendants now move to continue the status conference until October 25, 2019, and to exclude time between October 11, 2019, and October 25, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      On April 3, 2019, the government produced discovery associated with this case that consisted of over 3000 pages of documents, including investigative reports, bank records, photographs, and other types of records.

b)      On April 17, 2019, the government produced over 5000 pages of additional discovery, including Cellebrite reports.

c)      Counsel for defendants require additional time to meet with their clients to discuss the case and go over discovery. Counsel for defendant Rose Segale needs to travel to San Jose

1     or arrange for his client to travel to Sacramento every time they want to meet.

2         d)     Counsel for defendants believe that failure to grant the above-requested

3 continuance would deny them the reasonable time necessary for effective preparation, taking into

4 account the exercise of due diligence.

5         e)     The government does not object to the continuance.

6         f)     Based on the above-stated findings, the ends of justice served by continuing the

7 case as requested outweigh the interest of the public and the defendant in a trial within the

8 original date prescribed by the Speedy Trial Act.

9         g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10 et seq., within which trial must commence, the time period of October 11, 2019 to October 25,

11 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

12 T4] because it results from a continuance granted by the Court at defendant's request on the basis

13 of the Court's finding that the ends of justice served by taking such action outweigh the best

14 interest of the public and the defendant in a speedy trial.

15     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

16 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

17 must commence.

18     IT IS SO STIPULATED.

19

20

21 Dated:  October 8, 2019                 McGREGOR W. SCOTT
                                         United States Attorney

22

23                                         /s/ MIRIAM R. HINMAN
                                        MIRIAM R. HINMAN

24                                         Assistant United States Attorney

25

26 Dated:  October 8, 2019                  /s/ HANNAH LABAREE
                                        HANNAH LABAREE

27                                         Counsel for Defendant
                                        MARIE ANTOINETTE ALCANTER

28

Dated:  October 8, 2019                              /s/ KYLE KNAPP
                                                     KYLE KNAPP
                                                     Counsel for Defendant
                                                     ROSE MARIE SEGALE


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  October 9, 2019




_____
GARLAND E. BURRELL, JR.
Senior United States District Judge