McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIE ANTOINETTE ALCANTER<br><br>Defendant. | CASE NO. 2:19-CR-0014 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 25, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

1. By previous order, this matter was set for status on October 25, 2019.

2. By this stipulation, defendant Marie Alcanter now moves to continue the status conference until November 22, 2019, and to exclude time between October 25, 2019, and November 22, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On April 3, 2019, the government produced discovery associated with this case that consisted of over 3000 pages of documents, including investigative reports, bank records, photographs, and other types of records.

    b) On April 17, 2019, the government produced over 5000 pages of additional discovery, including Cellebrite reports.

    c) Counsel for defendant Marie Alcanter requires additional time to review the

discovery, discuss it with her client, and obtain some additional records related to her client that counsel anticipates will take approximately one month to obtain.

    d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)     The government does not object to the continuance.

    f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 25, 2019 to November 22, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 23, 2019                           McGREGOR W. SCOTT
                                                          United States Attorney

                                                          /s/ MIRIAM R. HINMAN
                                                          MIRIAM R. HINMAN
                                                          Assistant United States Attorney

Dated: October 23, 2019         /s/ HANNAH LABAREE
                                HANNAH LABAREE
                                Counsel for Defendant
                                MARIE ANTOINETTE ALCANTER

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: October 24, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge