HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARIE ANTOINETTE ALCANTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIE ANTOINETTE ALCANTER,<br><br>Defendant. | Case No.  2:19-cr-00014-MCE<br><br>[~~PROPOSED~~] ORDER TO FILE DEFENDANT'S EXHIBIT  TO MOTION FOR BAIL REVIEW HEARING UNDER SEAL |

**IS HEREBY ORDERED** that the Request to Seal Exhibits E, F, and G to Marie Antoinette Alcanter's Motion for Bail Review Hearing be GRANTED, so that the private information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: May 12, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE