|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>May 14, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MARIE A. ALCANTER,

        Defendant.

Case No.  2:19CR00014-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARIE A. ALCANTER ,

Case No.  2:19CR00014-MCE  Charge 18USC § 371(f) , from custody for the following reasons:

    \_\_\_\_\_    Release on Personal Recognizance

    \_\_\_\_\_    Bail Posted in the Sum of $ _____

    __x__    Unsecured Appearance Bond $     25,000.00

    \_\_\_\_\_    Appearance Bond with 10% Deposit

    \_\_\_\_\_    Appearance Bond with Surety

    \_\_\_\_\_    Corporate Surety Bail Bond

    __X__    (Other):     Pretrial conditions as stated on the record.

Issued at Sacramento, California on May 14, 2020 at 2:00

                By: */s/ Allison Claire*

                Magistrate Judge Allison Claire