1  McGREGOR W. SCOTT
United States Attorney
2  MIRIAM R. HINMAN
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                  CASE NO.  2:19-CR-00014-MCE

12                          Plaintiff,          STIPULATION TO RULE 35(A) CORRECTION
                                                REGARDING SUPERVISED RELEASE TERM;
13              v.                              FINDINGS AND ORDER

14  MARIE ALCANTER,

15                          Defendant.

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.      This Court held the Judgment and Sentencing Hearing for the defendant on September

21  24, 2020.

22        2.      By this stipulation, the parties move to correct a technical error in the Court's statement

23  of the defendant's supervised release term, pursuant to Rule 35(a).

24        3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      This Court pronounced its judgment and sentence at a hearing on September 24,

26        2020.

27  ///

28  ///

1        b)      As part of the sentence, this Court ordered a total of 36 months of supervised

2 release, which the Court stated as 24 months of supervised release on Count 3 and 12 months of

3 supervised release on Count 4, to be served consecutively.

4        c)      Title 18, United States Code, Section 3624(e) states, "The term of supervised

5 release commences on the day the person is released from imprisonment and runs concurrently

6 with any Federal, State, or local term of probation or supervised release or parole for another

7 offense to which the person is subject or becomes subject during the term of supervised release."

8        d)      Pursuant to Fed. R. Crim. P. 35(a), within 14 days after sentencing, the court may

9 correct a technical error in a sentence.

10        e)      The parties request that the Court correct its statement of the defendant's

11 supervised release term to the following: "Upon release from imprisonment, the defendant shall

12 be placed on supervised release for a term of 36 months on Count 3 and 12 months on Count 4,

13 to be served concurrently, for a total term of 36 months."

14        f)      All other aspects of the sentence shall remain the same.

15      4.      The parties request that the Court order this technical correction based on a review of the

16 papers, without any additional hearing.  *See* Fed. R. Crim. P. 43(b)(4) (stating that defendant's presence

17 is not required for correction of sentence under Rule 35).

18        IT IS SO STIPULATED.

19

20

21 Dated: September 30, 2020               McGREGOR W. SCOTT
                                 United States Attorney

22

23                              /s/ MIRIAM R. HINMAN
                                 MIRIAM R. HINMAN

24                               Assistant United States Attorney

25

26 Dated: October 1, 2020                 /s/ HANNAH LABAREE
                                 HANNAH LABAREE

27                                 Counsel for Defendant
                                 Marie Alcanter

28

**FINDINGS AND ORDER**

1.  The Court adopts the findings above.

2.  Based on the findings above, and pursuant to the Court's authority under Fed. R. Crim. P. 35(a), IT IS HEREBY ORDERED that this Court's statement of the supervised release term for the defendant at the sentencing hearing held on September 24, 2020, shall be amended to the following: "Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 36 months on Count 3 and 12 months on Count 4, to be served concurrently, for a total term of 36 months."

3.  All other aspects of the sentence shall remain the same.

IT IS SO ORDERED.


Dated: October 6, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE