1  HEATHER WILLIAMS, State Bar No. 122664
   Federal Defender
2  HANNAH LABAREE, State Bar No. 294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  (916) 498-6666; FAX (916) 498-6656
5
   Attorneys for Defendant
6  MARIE ANTOINETTE ALCANTER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:19-cr-00014-MCE-1 |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON MOTION FOR COMPASSIONATE RELEASE |
| MARIE ANTOINETTE ALCANTER, | ) |
| Defendant. | ) |

Counsel having met and conferred regarding a schedule for further briefing on Ms. Alcanter's Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) (Docket No. 123) and stipulate as follows:

The Government's response to the motion shall be due on or before **January 29, 2021.**

Ms. Alcanter's optional reply shall be due on or before **February 2, 2021.**

//
//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 22, 2021

*/s/ Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender

Attorneys for Defendant
MARIE ANTOINETTE ALCANTER

McGREGOR W. SCOTT
United States Attorney

Dated: January 22, 2021

*/s/ Miriam Hinman*
MIRIAM HINMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IT IS SO ORDERED.

Dated:  January 22, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order for Briefing Schedule on
Motion for Compassionate Release          2     *United States v. Marie Antoinette Alcanter,* Case No. 2:19-cr-00014