HEATHER WILLIAMS, State Bar No. 122664
Federal Defender
HANNAH LABAREE, State Bar No. 294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

Attorneys for Defendant
MARIE ANTOINETTE ALCANTER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIE ANTOINETTE ALCANTER, <br><br> Defendant. | No. 2:19-cr-00014-MCE-1 <br><br> STIPULATION AND ORDER FOR **AMENDED** BRIEFING SCHEDULE ON MOTION FOR COMPASSIONATE RELEASE |

Counsel having met and conferred regarding an **amended** schedule for further briefing on Ms. Alcanter's Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) (Docket No. 123) and Supplement (Docket No. 131) and stipulate as follows:

The Government's response to the motion and the supplement shall be due on or before **February 2, 2021.**

Ms. Alcanter's optional reply shall be due on or before **February 4, 2021.**

//
//
//
//

|   |   |
|---|---|
|  | Respectfully submitted, |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: January 29, 2021 | */s/ Hannah Labaree*<br>HANNAH LABAREE<br>Assistant Federal Defender |
|  | Attorneys for Defendant<br>MARIE ANTOINETTE ALCANTER |
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Dated: January 29, 2021 | */s/ Miriam Hinman*<br>MIRIAM HINMAN<br>Assistant United States Attorney |
|  | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

IT IS SO ORDERED.

Dated: January 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE