HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARIE ANTOINETTE ALCANTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIE ANTOINETTE ALCANTER,<br><br>Defendant. | Case No.  2:19-cr-00014-MCE<br><br>ORDER TO FILE UNDER SEAL DEFENDANT'S EXHIBITS TO MOTION FOR COMPASSIONATE RELEASE |

**IS HEREBY ORDERED** that the Request to Seal Exhibit L to Marie Antoinette Alcanter's Motion for Compassionate Release is GRANTED, so that the private information is not available on the public docket.  Defendant's Request and Exhibit L are hereby ordered SEALED and shall remain under seal until further Order of the Court.  The records are to be provided to the Court and opposing counsel.

IT IS SO ORDERED.

Dated:  February 8, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Order to Seal Documents                                                -1-